UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERWIN MICHAEL MEJIA PIMIENTEL,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, et al.,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 1:26-cv-10321-IT<br>*<br>*<br>*<br>*<br>* |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 8] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by February 13, 2026, and Respondents' Status Report [Doc. No. 9] indicating a bond hearing was conducted on February 12, 2026, at which time Petitioner was granted bond and subsequently released, this action is CLOSED.

IT IS SO ORDERED.

February 27, 2026                    /s/ Indira Talwani
                                     United States District Judge